IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH COLES, :
    Petitioner :
:
vs.                                CIVIL NO. 1:CV-10-1976
:
COMMONWEALTH OF PENNSYLVANIA :
BOARD OF PROBATION AND PAROLE,
et al., :
    Respondents

## *O R D E R*

AND NOW, this 1st day of December, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 8), filed October 26, 2010, to which no objections were filed, and upon independent review of the record, it is ordered that :

    1. The magistrate judge's report is adopted.

    2. Petitioner's motion to proceed in forma pauperis (doc. 7) is granted.

    3. Petitioner's petition for a writ of mandamus is dismissed.

    4. The Clerk of Court shall close this file.

                                             /s/William W. Caldwell
                                             William W. Caldwell
                                             United States District Judge